9638

BRADFORD v. YORK COUNTY.

THOMPSON v. YORK COUNTY.

BLANKENSHIP v. YORK COUNTY.

ROACH v. YORK COUNTY.

(91 S. E. 873.)

BRIDGES—COUNTIES—LIABILITY FOR INJURIES.—Case of *Sanders* v. *York County,* 106 S. C. 374, 91 S. E. 305, followed.

Before BOWMAN, J., York, February, 1916.   Reversed.

Separate actions by Z. V. Bradford, by John Thompson, by F. J. Blankenship and by Earle B. Roach against York County.   Orders sustaining demurrers, and defendant appeals.

*Messrs. Wilson & Wilson* and *Oran S. Crawford,* for appellant.

*J. S. Brice* and *Dunlap, Dunlap & Hollis,* for respondents.

March 15, 1917.

The opinion of the Court was delivered by MR. JUSTICE FRASER.

These cases were tried along with the case of *Joseph H. Sanders* v. *York County,* 106 S. C. 374, 91 S. E. 305, and are determined by the judgment in that case.

The orders sustaining the demurrers are overruled, and the cases are remanded for trial.